AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Heffley, Marilyn | 2. Court or Organization<br><br>United State District Court Room 4001 | 3. Date of Report<br><br>02/05/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>MAGISTRATE - FULL TIME | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>09/06/2014 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
601 MARKET STREET - ROOM 4001
PHILADELPHIA, PA 19106-1768

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. EXECUTRIX | ESTATE █████████ |
| 2. TRUSTEE | █████████ REVOCABLE TRUST |
| 3. PARTNER | REED SMITH, LLP |
| 4. BOARD OF DIRECTOR | COMMUNITY LEGAL SERVICES |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | REED SMITH, LLP - CONGRATULATORY GIFT | TIFFANY WATCH | $6,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Marilyn Heffley Individual NFS | | | | | | | | | |
| 2. Bank Deposit Sweep Program QPRMQ | A | Interest | M | T | Buy | 10/21/13 | J | | |
| 3. BlackRock PA Municipal Bond Fund Institutional Shares MAPYX | B | Dividend | L | T | Buy | 03/04/13 | K | | |
| 4. | | | | | Buy (add'l) | 06/05/13 | K | | |
| 5. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 6. | | | | | Buy (add'l) | 10/21/13 | | | |
| 7. Tweedy, Browne Global Value Fund TBGVX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 8. | | | | | Buy (add'l) | 06/05/13 | K | | |
| 9. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 10. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 11. T. Rowe Price Growth Stock Fund | A | Dividend | K | T | Buy | 03/04/13 | K | | |
| 12. | | | | | | 09/30/13 | J | | |
| 13. AQR Managed Futures Strategy Fund Cl I AQMIX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 14. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 15. | | | | | Buy (add'l) | 10/24/13 | K | | |
| 16. BlackRock Equity Dividend Fund Cl Institutional MADVX | A | Dividend | K | T | Buy | 03/04/13 | K | | |
| 17. | | | | | Buy (add'l) | 06/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harding Loevner Institutional Emerging Markets Portfolio HLMEX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 19. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 20. | | | | | Buy (add'l) | 10/24/13 | K | | |
| 21. Prudential Absolute Return Bond Z PADZX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 22. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 23. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 24. Cambiar Small-Cap Fund CI Investor CAMSX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 25. | | | | | Buy (add'l) | 07/16/13 | J | | |
| 26. | | | | | Buy (add'l) | 09/13/13 | J | | |
| 27. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 28. Fund Hancock Funds Strategic Income Opportunities Fund CI I JIPIX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 29. | | | | | Buy (add'l) | 06/05/13 | J | | |
| 30. Legg Mason Bw Global Opportunities Bond Fund CI I GOBIX | A | Dividend | K | T | Buy | 03/04/13 | J | | |
| 31. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 32. | | | | | Buy (add'l) | 07/13/13 | J | | |
| 33. PIMCO All Asset All Authority Fund Institutional CI PAUIX | A | Dividend | K | T | Buy | 03/04/13 | K | | |
| 34. American Funds Fundamental Investors A ANCFX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Aston/Fairpointe Mid-Cap Fund Cl N CHTTX | A | Dividend | J | T | Buy | 04/03/13 | J | | |
| 36. John Hancock Funds Global Absolute Return Strategies Fund Cl I JHAIX | A | Dividend | J | T | Buy | 06/12/13 | J | | |
| 37. American Funds Growth Fund of America Cl A AGTHX | A | Dividend | J | T | | | | | |
| 38. Prudential Global Real Estate Cl Z PURZX | A | Dividend | J | T | Buy | 03/04/13 | J | | |
| 39. Franklin PA Tax Free Class C, FRPTX, 354723447 | | None | | | Sold | 03/04/13 | K | C | |
| 40. Western Asset Penn Muni CL C, SPALX, 524691728 | | None | | | Sold | 03/04/13 | K | C | |
| 41. Oppenheimer PA Municpal Class C, OPACX, 683940704 | | None | | | Sold | 03/04/13 | L | A | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. Prime Fund Capital Reserves Cl FPRXX | A | Dividend | J | T | | | | | |
| 45. PNC Saving Account | A | Interest | J | T | | | | | |
| 46. Merrill Edge Cash Management Account | A | Interest | N | T | | | | | |
| 47. Energy Transfer Partners, LP | A | Distribution | J | U | | | | | |
| 48. | | | | | | | | | |
| 49. ▓▓▓▓▓ IRA Rollover | E | Dividend | N | T | | | | | |
| 50. - MainStay Large-Cap Growth Fund Cl I MLAIX | | | | | Buy | 05/24/13 | J | | |
| 51. - Vanguard Equity-Income Fund Investor Shares VEIPX | | | | | Buy | 05/24/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Bank Deposit Sweep Program QPRMQ | | | | | | | | | |
| 53. - John Hancock Funds Strategic Income Opportunities Fund Cl I JIPIX | | | | | Buy | 05/07/13 | J | | |
| 54. | | | | | Buy (add'l) | 07/13/13 | J | | |
| 55. - PIMCO All Asset All Authority Fund Institutional CI PAUIX | | | | | Buy | 05/24/13 | J | | |
| 56. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 57. - Manning & Napier World Opportunities Fund Cl A EXWAX | | | | | Buy | 05/24/13 | J | | |
| 58. - Artisan Mid-Cap Value Fund Investor Cl ARTQX | | | | | | | | | |
| 59. - Heartland Value Plus Fund HRVIX | | | | | Buy | 05/07/13 | J | | |
| 60. - Templeton Global Bond Fund Cl Advisor TGBAX | | | | | Buy | 05/24/13 | J | | |
| 61. | | | | | Buy (add'l) | 06/12/13 | J | | |
| 62. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 63. - Oppenheimer Developing Markets Fund Cl Y ODVYX | | | | | Buy | 05/24/13 | J | | |
| 64. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 65. - AQR Managed Futures Strategy Fund Cl I AQMIX | | | | | | | | | |
| 66. - Eaton Vance Income Fund of Boston Cl I EIBIX | | | | | | | | | |
| 67. - BlackRock Floating Rate Income Fund Cl I BFRIX | | | | | | | | | |
| 68. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ▒▒▒▒ IRA | E | Dividend | N | T | | | | | |
| 70. - American Funds AMCAP Cl F-2 AMCFX | | | | | Buy | 03/20/13 | J | | |
| 71. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 72. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 73. - John HancockFunds Global Absolute Return Strategies Fund Cl I JHAIX | | | | | Buy | 03/14/13 | J | | |
| 74. - BlackRock Strategic Income Opportunities Portfolio Cl Instit. BSIIX | | | | | Buy | 03/12/13 | K | | |
| 75. - Vanguard Equity-Income Fund Investor Shares VEIPX | | | | | Buy | 03/20/13 | J | | |
| 76. | | | | | Buy (add'l) | 05/24/13 | J | | |
| 77. - PIMCO Total Return Fund Cl P PTTPX | | | | | Sold (part) | 03/14/13 | K | | |
| 78. | | | | | Sold (part) | 12/17/13 | J | | |
| 79. - Tweedy, Growne Global Value Fund TBGVX | | | | | Buy | 05/24/13 | K | | |
| 80. - AQR Managed Futures Strategy Fund Cl I AQMIX | | | | | Buy | 03/12/13 | K | | |
| 81. - Templeton Global Bond Fund Cl Advisor TGBAX | | | | | | | | | |
| 82. - Harding Loevner Instit. Emerging Markets Portfolio HLMEX | | | | | Buy | 03/20/13 | J | | |
| 83. | | | | | Buy (add'l) | 03/24/13 | J | | |
| 84. | | | | | Buy (add'l) | 07/07/13 | J | | |
| 85. - Cambiar Small-Cap Fund Cl Investor CAMSX | | | | | Buy | 03/20/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/07/13 | J | | |
| 87. - Goldman Sachs emerging Market Debt Fund CI I GSDIX | | | | | | | | | |
| 88. - Western Asset Inflation Indexed Plus Bond Fund CI I WAIIX | | | | | | | | | |
| 89. - Prudential Absolute Return Bond Z PADZX | | | | | Buy | 03/08/13 | J | | |
| 90. - Prudential Global Real Estate CI Z PURZX | | | | | Buy | 03/12/13 | J | | |
| 91. - Aston/Fairpointe Mid-Cap Fund CI N CHTTX | | | | | Buy | 03/20/13 | J | | |
| 92. | | | | | Buy (add'l) | 03/28/13 | J | | |
| 93. - Federated Ins High Yield BD FD | | | | | Sold | 03/20/13 | J | | |
| 94. - Bank Deposit Sweep Program QPRMQ | | | | | | | | | |
| 95. - Federated Short-Term Income Fund CI Y Shares FSTYX | | | | | Sold (part) | 03/28/13 | K | | |
| 96. - Dodge & Cox Income FD | | | | | Sold | 05/07/13 | J | | |
| 97. | | | | | Sold | 05/24/13 | K | | |
| 98. | | | | | | | | | |
| 99. Neuberger Berman High Income Bond Fund CLA | | None | | | Sold | 03/20/13 | J | D | |
| 100. Neuberger Berman High Income Bond Fund CLA | | None | | | Sold | 03/20/13 | J | D | |
| 101. JP Morgan Core Bond Fund CI A | | None | | | Sold | 03/12/13 | L | F | |
| 102. JP Morgan High-Yield Fund Select CI | | None | | | Sold | 03/08/13 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |
| 107. ▨ IRA Guardian Life Insurance Company | D | Dividend | M | T | | | | | |
| 108. - Oppenheimer Strategy Bnd Fund/VA SVC- Annuity B-Series | | | | | | | | | |
| 109. - RS Inv Quality Bond VIP Series - | | | | | | | | | |
| 110. - RS Core Equity VIP Series | | | | | | | | | |
| 111. - PIMCO VIT Total Return Advantage | | | | | | | | | |
| 112. - BlackRock Large-Cap Core V.I. 3 - | | | | | | | | | |
| 113. - Fidelity VIP Contrafund Srcl2 | | | | | | | | | |
| 114. - Franklin U.S. Government CI2 | | | | | | | | | |
| 115. - RS Low Duration Bond VIP Series | | | | | | | | | |
| 116. - BlackRock Capital Appreciation Series 1 | | | | | | | | | |
| 117. - Pioneer Cullen Value VCT II | | | | | | | | | |
| 118. - Pioneer Mid-Cap Value VCT II | | | | | | | | | |
| 119. - Evergreen VA International Equity 2 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  - Fidelity VIP Mid-Cap Portfolio Srcl2 | | | | | | | | | |
| 121.  - Oppenheimer Main St Small Cap/VA SVC | | | | | | | | | |
| 122.  - Seligman Portfolio Communications & Information 2 | | | | | | | | | |
| 123.  - Columbia VIT Small-Cap Value CL B | | | | | | | | | |
| 124.  - Franklin Small-Cap Value Sec Class 2 | | | | | | | | | |
| 125.  - Invesco V.I. International Growth Series I | | | | | | | | | |
| 126.  - MFS VIT Utilities Series - SC - Variable Annuity | | | | | | | | | |
| 127. | | | | | | | | | |
| 128.  ▭ Revocable Trust | B | Interest | N | T | | | | | |
| 129.  - Cash - Fulton Bank | B | Interest | N | T | | | | | |
| 130.  - Principal Residence ▭ | | | M | Q | | | | | |
| 131.  Estate ▭ | B | Interest | M | T | | | | | |
| 132.  - Cash - Fulton Bank | B | Interest | M | T | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |
| 135. | | | | | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Heffley, Marilyn | 02/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marilyn Heffley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544